UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREK MOLSKI,<br><br>           Plaintiff,<br><br>v.<br><br>KEUN CHOI and SANG CHOI, doing business as YUMMY SUSHI; et al.,<br><br>           Defendants. | Case No. 06cv2185 BEN (WMc)<br><br>**AMENDED NOTICE AND ORDER FOR EARLY NEUTRAL EVALUATION CONFERENCE** |

    The Court has received plaintiff Molski's request for a telephonic appearance at the Early Neutral Evaluation on June 25, 2007 at 9:30 a.m.   Good cause appearing, and in order to accommodate the schedule of the Court, **the entire ENE will be held *telephonically***.  *Only Attorneys need appear telephonically*.  Plaintiff's counsel is ordered to contact Defense counsel on the day and at the time indicated above and then call in jointly to the Court at (619) 557-6624 for the telephonic ENE.

    The parties are required to submit a short Early Neutral Evaluation Conference Statement about the case on a confidential basis <u>no later than</u> **June 18, 2007**.  Statements may be lodged with the Court's email address at efile_mccurine@casd.uscourts.gov.

    The Court will require counsel and parties with full settlement authority to appear *in-person* at the Case Management Conference in this matter.  **Consequently, the parties shall be prepared**

///

1  **to discuss the scheduling of a Case Management / Settlement Conference** pursuant to Federal
2  Rule of Civil Procedure 16(b) at the telephonic ENE.
3       Any questions regarding the logistics of the telephonic ENE may be directed to the
4  Magistrate Judge's law clerk at (619) 557-6624.
5       **IT IS SO ORDERED.**
6  DATED:  June 13, 2007

                                                    _W. McCurine Jr._

                                                    Hon. William McCurine, Jr.
                                                    U.S. Magistrate Judge
                                                    United States District Court

cc:

HON. ROGER T. BENITEZ
ALL PARTIES AND COUNSEL OF RECORD